08/12

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:	Case No. 19-00417

**Kyle J Whitbeck**	Chapter 7

Debtor(s).	/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 2808 Arlington Road Lansing, MI 48906  Ingham County | yes | State Farm Insurance One State Farm Plaza Bloomington, IL 61710 | 7/19 | yes |
| 2018 GMC Acadia 352 miles | yes | Progressive Insurance 6300 Wilson Mills Rd Mayfield Village, OH 44143 | 5/19 | yes |
| Sectional; Recliner; DiningTable&Chairs; Beds(3); Dressers(3) | yes | State Farm Insurance One State Farm Plaza Bloomington, IL 61710 | 7/19 | yes |
| Stove; Refridgerator; Washer&Dryer; Television; Computer; Cell Phone | yes | State Farm Insurance One State Farm Plaza Bloomington, IL 61710 | 7/19 | yes |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

08/12

Dated:  **February 4, 2019**              **/s/ Kyle J Whitbeck**
                                                                                    **Kyle J Whitbeck**
                                                                                    Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors